July 15, 2015

The Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

RE: Gomez v. State,
    PD-0138-15
    COA # 12-13-00050-CR
    Trial Court No. 241-0529-12

Dear Clerk,
    My P.D.R. was filed with this Honorable Court on 4/17/2015.
Would you please advise me, at the below enlisted address, of the
status of my P.D.R. in the Court.
Sincerely,


*Cesar Gomez*
Cesar Gomez
TDCJ-ID # 1839985
Eastham Unit
2665 Prison Road # 1
Lovelady, Texas 75851

cc/ file

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk